```
                                                    FILED

                                              2003 NOV 12  A 10: 28

         UNITED STATES DISTRICT COURT   US DISTRICT COURT
              DISTRICT OF CONNECTICUT      BRIDGEPORT CT
```

| | | |
|---|---|---|
| STANLEY CHANCE | : | CIVIL NO: 3:03CV441(JCH) |
|         Plaintiff | : | |
| V. | : | |
| KEMCO, ET AL. | : | |
|         Defendant | : | NOVEMBER 10, 2003 |

### MOTION FOR ENLARGEMENT OF TIME TO PLEAD

Pursuant to Fed.R.Civ.P 6(b) and Local Rule of Civil Procedure 9(b)(1)(a), the Defendants, Kem Curtin and Kemco., hereby move for an extension of time of one week, within which they may file their answer or a motion addressed to the Complaint.

The Defendants represent that good cause exists for the granting of the instant motion, in that the undersigned is currently recovering from maternity related complications and requires the extra seven days to complete Defendants intended response to the complaint.

This is the second motion for extension of time within which to plead.

DEFENDANTS,
KEMCO and KEM CURTIN:

BY *(signature: Julie Blake)*

Julie D. Blake, Esq.
Federal Bar No.: ct21990
Rome McGuigan Sabanosh, PC
One State Street
Hartford CT 06103
Telephone: (860) 549-1000
Facsimile: (860) 724-3921
E-mail: *julieblake@rms-law.com*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served via first class U.S. mail, postage prepaid, on this 10th day of November, 2003, to the following counsel:

Stanley Chance
119 Gem Avenue
Bridgeport, CT 06606

*Julie D. Blake*

Julie D. Blake

7018-2 / 364739