FILED

2003 NOV 12  A 10: 28

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STANLEY CHANCE | : CIVIL NO: 3:03CV441(JCH) |
| Plaintiff | : |
| V. | : |
| KEMCO, ET AL. | : |
| Defendant | : NOVEMBER 10, 2003 |

**MOTION FOR ENLARGEMENT OF TIME TO PLEAD**

Pursuant to Fed.R.Civ.P 6(b) and Local Rule of Civil Procedure 9(b)(1)(a), the Defendants, Kem Curtin and Kemco., hereby move for an extension of time of one week, within which they may file their answer or a motion addressed to the Complaint.

The Defendants represent that good cause exists for the granting of the instant motion, in that the undersigned is currently recovering from maternity related complications and requires the extra seven days to complete Defendants intended response to the complaint.

MOTION GRANTED.
SO ORDERED
Janet C. Hall, U.S.D.J.  11/13/03

*Rome McGuigan Sabanosh, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726