UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| STANLEY CHANCE | : CIVIL NO: 3:03CV441(JCH) |
|---|---|
| Plaintiff | : |
| V. | : |
| KEMCO, ET AL. | : |
| Defendant | : NOVEMBER 17, 2003 |

## MOTION TO DISMISS

Pursuant to Fed. R. C. Proc. 12 (b)(6), Defendants Kemco and Kem Curtin hereby move this Court to dismiss Plaintiff's entire complaint because the complaint fails to state a claim upon which relief may be granted. Plaintiff claims relief under various constitutional provisions, however, absent state action, these provisions do not apply to a private actor such as Defendants Kemco and Kem Curtin. Defendants further rely on the accompanying memorandum of law in support of the instant motion.

DEFENDANTS,
KEMCO and KEM CURTIN:

BY _____
Julie D. Blake, Esq.
Federal Bar No.: ct21990
Rome McGuigan Sabanosh, PC
One State Street
Hartford CT 06103
Telephone: (860) 549-1000
Facsimile: (860) 724-3921
E-mail: julieblake@rms-law.com

*Rome McGuigan Sabanosh, P.C.* • Attorneys at Law
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served via first class U.S. mail, postage prepaid, on this 17th day of November, 2003, to the following pro se party:

Stanley Chance
119 Gem Avenue
Bridgeport, CT 06606

Julie D. Blake

7018-2 / 365084