UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STANLEY CHANCE | : CIVIL NO: 3:03CV441(JCH) |
| Plaintiff | : |
| V. | : |
| KEMCO, ET AL. | : |
| Defendant | : NOVEMBER 17, 2003 |

### MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS

Pursuant to Fed.R.Civ.Proc. 12(b)(6) and D.Conn.L.Civ.R. 9(a), Defendants, Kemco and Kem Curtin (Defendants) hereby respectfully move this Court to dismiss the complaint in its entirety because Plaintiff fails to state a claim upon which relief may be granted. Specifically, Plaintiff fails to allege any state action and therefore his claims must fail as a matter of law.

Plaintiff alleges that during his employment relationship with Defendants that his due process rights were violated and that in addition he was subjected to cruel and unusual punishment, unequal treatment and unlawful employment practices. Plaintiff seeks relief for these alleged constitutional guarantees.

## Argument

Plaintiff claims relief under the due process clause and equal protection clause of the Fourteenth Amendment. Additionally, through the doctrine of incorporation, Plaintiff claims relief under the Eighth Amendment's prohibition against cruel and unusual punishment. However, the Fourteenth Amendment only protects due process and equal protection violations from state action and only incorporates the Eighth Amendment's prohibition against cruel and unusual punishment when state action is present. The Civil Rights Cases, 109 U.S. 3 (1883).

Plaintiff has not and cannot allege any state action and has not and cannot make the State of Connecticut a party to this action. Therefore absent any form of state action, all of Plaintiff's constitutional claims must be dismissed for their failure to state a claim upon which relief may be granted. Finally, any additional pendant claims that Plaintiff may be alleging are not sufficient to confer jurisdiction under 28 U.S.C. § 1331 relating to federal question jurisdiction. Accordingly, Defendants request that Plaintiff's complaint be dismissed.

> DEFENDANTS,
> KEMCO and KEM CURTIN:
>
> BY  *Julie D. Blake*
> Julie D. Blake, Esq.
> Federal Bar No.: ct21990
> Rome McGuigan Sabanosh, PC
> One State Street
> Hartford CT  06103
> Telephone:  (860) 549-1000
> Facsimile:  (860) 724-3921
> E-mail:  julieblake@rms-law.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served via first class U.S. mail, postage prepaid, on this 17th day of November, 2003, to the following pro se party:

Stanley Chance
119 Gem Avenue
Bridgeport, CT 06606

*Julie D. Blake*
Julie D. Blake

7018-2 / 365084