UNITED STATES DISTRICT COURT

FILED

DISTRICT OF CONNECTICUT

| | |
|---|---|
| STANLEY CHANCE | : 3:03CV441 (JCH) |
| VS. | : |
| KEMCO, ET AL | : NOVEMBER 29, 2003 |

## PLAINTIFFS' MOTION FOR A MORE DEFINATE STATEMENT

The plaintiff, *Stanley Chance,* in the above captioned cases moves this court for a order directing the defendant to provide a more definite statement with regards to there motion to dismiss which is overly broad and vague as to not give the plaintiff an opportunity to respond to it.

Specifically, Attorney Blake states that she wants the "complaint dismissed in it's entirety", However its not clear to the plaintiff whether she wants the complaint dismissed in it's entirety as to the claims against Kemco and Kim Curtain, who she has filed an appearance for or whether she wants the complaint dismissed in it's entirety as too all the added defendant in the Amended compliant, which she has not file appearance for.

Since Attorney Julie Blake of the Law Offices of Rome, McGuigan Sabanosh has only filed appearance for Kemco and Kim Curtain then these are the only 2 defendants they she can represents and legally and ethically she can only ask for dismissal as to the claims against her client only and not the complaint in its entirety.

In the interim, the plaintiff would suggest that Attorney Blake file an appearance as to all defendant.

1

RESPECTFULLY SUBMITTED
THE PLAINTIFF

Stanley Chance, PRO SE
99 Jetland Street
Bridgeport, CT. 06605
(2030 685-6038
Stanleychance@yahoo.com

## CERTIFICATION

I hereby certify that a copy of the forgoing was mailed on November 29, 2003 to:

Julie D. Blake, Esq.
Rome, McGuigan Sabanish, P.C.
1 State Street
Hartford, CT. 06103

Stanley Chance, PRO SE:

2