UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STANLEY CHANCE, | : | |
|     Plaintiff, | : | CIVIL ACTION NO. |
| v. | : | 3-03-CV-441 (JCH) |
| | : | |
| KEMCO, et al, | : | |
|     Defendants. | : | DECEMBER 12, 2003 |

## RULING

On December 8, 2003, the pro se plaintiff, Stanley Chance, filed a motion for a more definite statement [Dkt. No. 17] with respect to the November 8, 2003 motion to dismiss [Dkt. No. 15] filed by two of the defendants in this case, Kemco and Kim Curtain, in an attempt to dismiss the entire complaint.  Because the court finds, contrary to the plaintiff's claims, that the motion is clear, it denies the plaintiff's motion for a more definite statement.

The court therefore denies the plaintiff's motion for a more definite statement [Dkt. No. 17].

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 12th day of December, 2003.


                /s/Janet C. Hall
                Janet C. Hall
                United States District Court Judge