*[handwritten: 03CV441/NEXT TIME]*

*[handwritten: 18]*

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| STANLEY CHANCE | : CIVIL NO: 3:03CV441(JCH) |
| VS. | : |
| KEMCO, ET AL | : DECEMBER 8, 2003 |

### PLAINTIFFS' MOTION FOR ENLARGMET

The plaintiff Stanley Chance in the above captioned case respectfully request an enlargement of time of 30 days to which to respond to the defendant's motion to dismiss.

The reason for this request is that the plaintiff has had an operation to repair a hernia on December 5, 2003 and is in no condition to sit up and must lay down as much as possible or the stitches will come out.

This is the plaintiff's 1st request for time in which to respond to the defendants motion to dismiss.

The plaintiff has not ascertained the defendant's position to this motion.

RESPECTFULLY SUBMIITTED
THE PLAINTIFF

*[signature]*

Stanley Chance, PRO SE:
99 Jetland Street
Bridgeport, CT. 06605
(203) 685-6038
Stanleychance@yahoo.com

*[stamp, left margin: MOTION GRANTED. SO ORDERED — Janet C. Hall, U.S.D.J. 12/18/03]*

1