UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STANLEY CHANCE<br>99 JETLAND STREET<br>BRIDGEPORT, CT. 06605<br>(203) 685 – 6038 | : 3:03CV441 (JCH)<br>:<br>:<br>: |
| VS. | : |
| KEMCO<br>KIM CURTIN<br>176 CROSS ROAD<br>WATERFORD, CT. 06385 | :<br>:<br>:<br>: |
| DANNY OLLER<br>LINDA ~~BOYED~~ VOSD<br>50 RIDGEFIELD AVENUE<br>BRIDGEPORT, CT. 06604 | :<br>:<br>:<br>: |
| JUDITH HOWARD<br>32 PEACH TREE DRIVE<br>SEYMOUR, CT. | :<br>:<br>: |
| CONNECTICUT HEALTCARE WORKERS<br>COMPENSATION TRUST<br>886 NORTH MAIN STREET<br>WALLINGFORD, CT. 06492 | :<br>:<br>:<br>: |
| GALLAHER BASSET SERVICES, INC.<br>2 NESHAMINY INTERPLEX<br>SUITE 201<br>TREVOSE, PA. 19053 | :<br>:<br>:<br>: |
| LISA MOORE<br>20 SUNSHINE CIRCLE<br>BRIDGEPORT, CT. 06606 | :<br>:<br>: |
| ANGELELIQUE CONROY<br>37 MAPLE DRIVE<br>COS COB, CONNECTICUT 06807 | :<br>:<br>: SEPTEMBER 5, 2003 |

**AMENDED COMPLAINT**

1

DOROTHY CEDRONE  :
111 TRELANE DRIVE  :
BRIDGEPORT, CT. 06606  :

ST. VINCENTS IMMEDIATE CARE CENTER  :
4490 MAIN STREET  :
BRIDGEPORT, CT. 06606  :

GENERAL MOTORS CORORATION  :
3044 WEST GRAND BOULEVARD  :
DETROIT, MICHIGAN   48202

# -STATEMENT OF CLAIMS-

1) In about October, the year 2002, the plaintiff, Kemco Doing Business as Curtin Transportation ("Curtin") located at 50 Ridgefield Avenue in Bridgeport, CT.hired Stanley Chance (the plaintiff) as a full time driver.[1]

2) The plaintiff, Stanley Chance had a "Public Service License" which is what he was told he needed to work at Curtin when he called to ask for a job.[2]

3) Not long after the plaintiff, Stanley Chance started working at Curtin, he was told by Danny Oller, the Bridgeport office manager that he was required to get an "S" endorsement on his Public Service License at which time he would get a raise from $7 hourly to $8 hourly and if he did not he would be fired per established Curtin company policy.[3]

---

[1] Kemco is the corporate name and 176 Cross Road are the address of the corporate headquarters.

[2] A Public Service License allows the driver to legally operate Livery, Taxis, and Limousines and transport passengers.

[3] A "S" endorsement is an upgrade of the Public Service License which allow the driver to legally transport school children.

4) The plaintiff, Stanley Chance was never giving a Curtin employee handbook, although he asked for one and by law, he is required to be giving one by Curtin.[4]

5) The plaintiff, Stanley Chance told Danny Oller that "this was unfair requiring him to pay for the "S" endorsement that Curtin wanted him to have so that they could make money and if they wanted him (the plaintiff) to have the license than they were obligated to pay for it because he should not have to pay to keep a job, he gets paid to do a job.

6) The plaintiff is claiming Illegal Employment practice, Extortion, violation of Due Process and Involuntary Servitude against defendants Kemco, Kim Curtin, and Danny Oller for failure to give him an employee hand book, requiring him to get an "S" endorsement in order to get a raise which Curtin did not pay for and Threat and Cruel and Unusual punishment and violation of Due Process because he was threatened to be fired, he was not to be giving Notice or a hearing before being fired.

7) The plaintiff, Stanley Chance possessed a liberty interest in keeping his job once hired, Kemco, Kim Curtin, and Danny Oller knew or should have known that they were in violation of the clearly established rights of

---

[4] As of the date of this filing the plaintiff still has not been giving a Curtin employee handbook and he continues to ask for one.

the plaintiff and they all had personal involvement in the violation of the civil rights of the plaintiff.

8) On February 10, 2003, the plaintiff Stanley Chance, driving Curtin car #114 from Greenwich to Bridgeport on Interstate 95, Northbound going by the McDonalds rest area in Fairfield had the muffler on the car fall off.

9) At all times The defendants Knew or should of known that the muffler on Curtin car #114 needed replacing and no action was taking to replace the muffler.[5]

10) Also on February 10, 2003, the plaintiff, Stanley Chance was told by Charles Bailey, the night dispatcher to bring to car to "Bernies" garage and have them look at it.

11) Charles Bailey told the plaintiff, Stanley Chance to wait at "Bernies" for the car to be repaired an he would be paid for it.[6]

12) A couple of days latter Danny Oller called the plaintiff and told the plaintiff that he would only be paid for 1 hour even though the plaintiff waited 2 hours for the repairs to be completed.[7]

---

[5] This does not apply to defendants Linda Boyd and Judith Howard.
The Mechanics at Bernie's garage where Curtin has an account and where the plaintiff took the car to be repaired said the muffler was garbage.

[6] Bernies that it would take an hour for repairs but that time estimate went to two hours because they had to wait for the new muffler to be delivered informed Charles Bailey.

[7] Charles Bailey told the plaintiff that he would be paid for 2 hours.

5

13) On February 24, 2003, the plaintiff, Stanley Chance performed and completed his day's trips without incident.

14) Also on February 24, 2003 at 3:00pm, the plaintiff went by the office as it is around the corner from the plaintiffs last stop which was Grant Street in Bridgeport, CT.

15) Also on February 24, 2003, the plaintiff went into the office, and told Danny Oller who was dispatching this afternoon that " I'm going to gas up, then I'm going to get Mrs. Horton in North Haven at 4:00pm and bring her home"[8].

16) On February 24, 2003, at about 3:15 Danny Oller dispatched the plaintiff, Stanley Chance to pick up a client going from 2660 Main Street to Fairfield avenue both in Bridgeport, CT.

17) The plaintiff, Stanley Chance, told Danny Oller that if he gets this job, he would be late picking up Mrs. Horton in North Haven to which Danny Oller replied "I'm the dispatcher, you're the driver, you do what your told or your fired."

---

[8] Annie Horton is a customer of Curtin who is blind and goes to Gateway Community College in North Haven, CT. where she is taking psychology classes

# 6

18) By the time the plaintiff completed the extra job which was assigned to him by Danny Oller and got to North Haven to pick up Mrs. Horton it was 4:50pm.[9]

19) As Soon as the plaintiff, Stanley Chance got out of the car, Danny Oller was waiting on the phone for him and he said to the plaintiff "Why didn't you tell me you were going to be late" to which the plaintiff Stanley Chance replied " I did tell you I was going to be late and you said you're the driver and I'm the dispatcher."

20) Danny Oller then became hostile, and belligerent and stated "Your fucking up, you let that blind lady wait there for 50 minutes without telling nobody your going to be late, do you know how much that lady is paying us, I don't know what kind of shit you and Charlie or on but I not going for it."

21) The plaintiff, Stanley Chance replied "Look, if you did not give me that pick up at 3:15, I would have been her on time and beside that she ain't paying shit and neither are you people."

22) The dispatcher is the boss and is supposed to know at all time what each drivers next job is before he assigns another job.

---

[9] Mrs. Horton told the plaintiff, Stanley Chance that she got out of class at 4:25pm and thought that I had left without her which is why she called the office of Curtin.

23) If Danny Oller did not give the plaintiff, Stanley Chance the 3:15 job Bridgeport, the plaintiff would have never been late picking up Mrs. Horton in North Haven.

24) On or about February 26, 2003 the plaintiff wrote a letter to Kim Curtin, Owner of Kemco stating:
" Dear Mrs. Curtin, I am a driver in your Bridgeport office and on February 25, 2003, I filed the enclosed lawsuit in Federal Court in Bridgeport.[10]

This is only a rough draft and I will be amending the lawsuit at a latter date.

Only you and I know about this lawsuit and I have not told anyone about this.

I would like with face to face and I do believe we can resolve/settle this matte before the lawsuit is placed on the docket.

I have filed this lawsuit and asked that fees/cost be waived to file it and this will take some time so maybe we can work this out between us and keep this thing qiut and out of public view and scrutiny.

If I get fired or my hours go down or if t am subjected to any adverse treatment, on the amended complaint it will state this and you will be held liable.

Mrs. Curtin, I bust my butt to make your company and to keep your business and you people treat me like shit not only in working condition but in pay also..."[11]

25) This letter was an attempt by the plaintiff to negotiate before he litigates.

---

[10] The plaintiff sent Kim Curtin the original complaint.

26) Since the time the plaintiff the letter to Kim Curtin, he has been subjected to retaliation.

27) On March 12, 2003, The plaintiff had a 6:30am starting time.

28) The plaintiff first pick up was job 129-A, Sara Russo, going from 38 Hawkins Street in Derby, Connecticut to 3851 Main Street in Bridgeport, Connecticut.[12]

29) After the plaintiff dropped Sara Russo of at her destination, he was dispatched by morning dispatcher Linda Boyd (Linda) to pick up job 110-B, Juana Correa going from 2150 Black Rock Turnpike in Fairfield, Connecticut to 1241 Main Street, Bridgeport which was on the plaintiffs pre-schedule Connecticut. (Attachment B, 3rd page).

30) When the plaintiff called in to let Linda know that he dropped Mrs. Correa off Linda said "Danny (Danny Oller) said your done for the day, gas the car up and be back at base by 9:45.

31) The plaintiff was so pissed off at having his day's work canceled and coming into work for 3 hour he stated " I will get there when I get there

---

[11] Attachment A, 2 pages. This letter also stated "I look forward to hearing from you and hope we can resolve these issues amicably" and it was signed with the plaintiffs name, address and employee number.

[12] Attachment B, 3 pages, plaintiff trip sheet from March 12, 2003

9

32) The plaintiff work which was canceled by Danny Oller and giving to another Driver was jobs 130-B Jennifer James going from 47 Long Lots Road in Westport, Connecticut to 27 Nash Place in Norwalk, Connecticut, 89-B Alex Schneider going from 47 Long Lots Road in Westport, Connecticut to 52 Osborne Place in Fairfield, Connecticut, 92-B James Ward going from 47 Long Lots Road in Westport, Connecticut to 65 James Street in Bridgeport, Connecticut and 136-B Luayne Amorando going from 47 Long Lots Road in Westport, Connecticut to 160 Anton Street in Bridgeport, Connecticut at 2:45Pm until completed.

33) Other work which was canceled by Danny Oller and giving to another driver were jobs 108-A Chris Papallo going from 47 Long Lots Road in Westport, Connecticut to 79 Mulberry Street in Stamford, Connecticut, 116-A Juana Fernandez going from 47 Long Lots Road in Westport, Connecticut to 124 Selleck Street in Stamford, Connecticut, 121-A Cara Tangretti going form 47 Long Lots Road in Westport, Connecticut to 118 Old Kings Highway in Darien, Connecticut and Silvio Mendez going from 47 Long lots Road to 142 Myano Lane in Stamford, Connecticut at 5:00pm until completed.

34) The week of March 12, 2003, the plaintiff got 6 hours of work and took home $45 Dollars in pay.[13]

35) Kemco, Kim Curtin, and Danny Oller Subjected the plaintiff to Due process Violation, Cruel and Unusual Punishment, unequal treatment and Unlawful employment practices and this was all done in retaliation because the plaintiff told Kim Curtin that he filed a lawsuit against her company.

36) On March 17, 2003, the car the plaintiff was driving was hit and the door was dented when the plaintiff went into a store.

37) Danny Oller made the plaintiff sign a false written warning threatening the plaintiff with loss hours.[14]

38) On March 7, 2003, the plaintiff called defendant Judith Howard.[15]

39) The plaintiff asked Judith Howard if she would sign a statement stating that she was never in any Curtin car with the plaintiff and she said that she couldn't because she had already agreed to sign a statement against the plaintiff.

---

[13] Attachment C, plaintiffs pay stub from Kemco

[14] Attachment D, false written warning

40) The plaintiff asked Judith Howard "Why are you going to lie on me" and she stated "Money" to which the plaintiff stated "Than I will see your ass in court."

41) Judith Howard was never in any car accident in any Curtin car driving by the plaintiff, Stanley Chance.

42) Also on March 18, 2003 Linda Boyd, the morning dispatcher called the plaintiff while he was enroute to pick up a passenger at around 10:00am and she said "Danny (Oller) I got him."

43) Danny Oller came on the phone and stated "If you get into another accident whether its your fault or not, your fired."

44) The plaintiff has gotten into 2 accidents at Curtain and none have been his fault.[16]

45) An employee can't be fired because he gets into an accident, especially when the accidents are not the employee's fault.

46) On March 25, 2003, the plaintiff had a start time of 11:00 am and a scheduled pick up of job 61-A Shelley Davis going from 470 East Main

---

[15] The plaintiff called Judith Howard on his day off because she was the only passenger in the car the plaintiff was driving and who could corroborate the truth.
[16] Attachment E, 2 pages and Attachment F, 2 pages

Street, Branford, Connecticut to 85 Seymour Street in Hartford, Connecticut wait for her then bring her back home.[17]

47) Shelley Davis was not supposed to be picked on March 25, 2003.

48) Danny Oller made the plaintiff forge his time card sheet to say that the plaintiff was testing the car to justify putting on all those miles because he screwed up the Shelly David job and he would have had a lot of explaining to do of why he sent a car all the way from Bridgeport to Branford for nothing.

49) On April 4, 2004 the plaintiff made 4 trips in car 138.[18]

50) The plaintiff complained to the morning dispatcher Linda Boyd about gas fumes and a busted muffler and she told the plaintiff "you can take your trips or you can go home and somebody else can get paid to do them.

51) All the defendants, with the exception of Judith Howard, knew about the gas fumes and muffler problem in car 138 and failed to fix the problem and let car 138 go on the road not only putting the life of the plaintiff at risk but the lives of the passengers 3 pleasant nice older ladies Delores Cappello going from Bridgeport to Milford, Barbara Dow going

---

[17] Attachment G, 1 page

[18] Attachment H, 1 page

from Branford, Connecticut to Milford, CT. then from Milford, CT. to back to Branford, CT., Ethel Lee going from Branford, CT. to Milford, CT.

52) On April 10, 2003, the plaintiff had a pre scheduled trip 60-A Gerald Loesche from 40 Third Street in Hamden, Connecticut to 163 Quinnipiac Avenue in North Haven, Connecticut, wait for him then bring him back home.[19]

53) Linda Boyd called the plaintiff 2 times before 8am and stressed to the plaintiff that he can't be late for his 9:15 start time.

54) When the plaintiff got into the office, he waited about 20 minutes for the car he was supposed to take.

55) Another driver Stephen Freeman came in and Linda Boyd told him she was giving him my trip.

56) The Plaintiff asked Linda Boyd "what are you doing" to which she replied "We decided to cancel your trip" to which the plaintiff replied "I don't speak French who the hell is we" to which she replied "Danny and I" to which the plaintiff replied " you could of told me this shit when you called me at 8:00am and before I spent my little fucking money I got to get up here." to which Linda Boyd said " Can you please show me some respect and watch your languages" to which the plaintiff replied "can you show

---

[19] Attachment I, 1 page.

some respect for me and don't have me spent my money to come to this job for nothing and I get paid nothing."

57) The plaintiff has been taking Mrs. Annie Horton from Stamford, Connecticut to Gateway Community College in North Haven, Connecticut since practically when he started working for Curtin and on Monday April 14, 2003 this trip was taken away from the plaintiff and gave it to driver Steve Freeman.

58) On March 16, 2003, the plaintiff called the Curtin office in Bridgeport and asked Danny Oller "Do you got any work for me" to which Danny Oller replied "NO" the plaintiff then asked Danny Oller " If you get any work, call me" to which Danny Oller replied "I will."

59) On March 16, 2003, Millerdene Willis, a customer who always request the plaintiff has her driver called Danny Oller at the Bridgeport office of Curtin and requested the plaintiff by name to take her from Norwalk, Connecticut home at 17 James Street to her appointment in Greenwich, Connecticut

60) Danny Oller told Mrs.Willis that "the plaintiff was not working this week." And this trip was giving to driver John Vassco.

60-a) the reason Mrs. Willis requested the plaintiff was because the plaintiff always assisted her and John Vassco refused to assist her and she called Curtin and complained about this.

61) In the end of March, Beginning of April 2003, Curtin stopped all the logisticare accounts which the plaintiff and depended on for his hours without any notice or warning the plaintiff.

62) On January 22, 2003, the plaintiff, Stanley Chance while on duty driving a Curtin Transportation car (kemco) which was a Chevrolet Caprice was hit from behind by Lisa Moore by North and Lexington Avenue in Bridgeport, Connecticut and the airbag in the car did not activate.

63) On February 18, 2003 Angelique Conroy, who was knowingly driving without insurance hit the plaintiff Stanley Chance who was on duty in a Curtin Transportation car which was a Chevrolet Caprice on Noble Avenue in Bridgeport, Connecticut by sideswiping the car, she left the scene of the accident before the police arrived and the airbag in the car did not activate.

63) The Chevrolet Caprice, which the plaintiff was driving on February 18, 2003, was not the same one, which he was driving on January 22, 2003.

64) On May 22, 2003 Dorothy Cedrone cut off the plaintiff who had the right of way on Main Street in Bridgeport while the plaintiff was on duty in a Curtin transportation car which was a Chevrolet Astro van causing the van to spin across the street hit another parked car then hit a tree while the plaintiff Stanley Chance was in the vehicle causing significant damage to the front end[1] and the airbag did not activate.

65) In all three accidents, which were not the plaintiff fault, the plaintiff had on hid seatbelt.

66) In all three accidents which the plaintiff was in which the airbags did not activate/deploy, the plaintiff was driving 3 different vehicles, 2 different models, in the accident on January 22, 2003 and February 18, 2003 the plaintiff was driving a Chevrolet Caprice and in the accident on May 22, 2003 the plaintiff was driving a Chevrolet Astro van and in none of the accidents did the airbags activate/deploy and they should off.

67) All three vehicles in which the plaintiff was in accidents in and the airbag did not activate/deploy are manufactured by Chevrolet a division of the General Motors Corporation (G.M) which has its principal place of business in Detroit, Michigan while the plaintiff Stanley Chance is a resident of Connecticut is responsible for the failure of the airbags to not activate in all three vehicle which the plaintiff, Stanley Chance was in accidents in.

68) Curtin Transportation sent the plaintiff to the St. Vincent's Hospital Immediate Care Center (ST. Vincent's) where the plaintiff was treated for minor physical injuries and they asked the plaintiff if he had anything other problems.

69) The plaintiff told ST. Vincent's that has a result of being in tree different accidents which were not his fault and the airbags not did activate /deploy in none of them he was afraid to drive and the plaintiff was told that he was suffering from "Repetitive Trauma". And they ordered that the plaintiff could not work until cleared by a psychiatrist and to file for Workman's Compensation to which the plaintiff did.

70) Even though ST. Vincent's told the plaintiff "Repetitive Trauma" they put in writing "Post Traumatic Stress"

71) Curtin Transportation (Kemco), Connecticut Healthcare Workers Compensation Trust ("CT. Trust") and Gallagher Bassett Services, Inc. ("Gallagher") have refused to pay the plaintiffs workman's compensation claim and have opposed it with the Workman's Compensation Commission.

72) ST. Vincent's, CT. Trust and Gallaher have conspired with Curtin ("Kemco") to deny the plaintiff Workman's Compensation in retaliation for the plaintiff filing complaints Curtin ("Kemco")

---

[1] The plaintiff has pictures of the vehicle, which he has not developed yet.

73) Lisa Moore. Angelique Conroy, Dorothy Cedrone and GM have all contributed too and are responsible for the plaintiff being out of work do to "Repetitive Trauma"

RESPECTFULLY SUBMITTED
THE PLAINTIFF

_[signature]_

Stanley Chance, PRO SE:
99 Jetland Street
Bridgeport, CT. 06606
(203) 685-6038

## CERTIFICATION

I hereby certify that a copy of the forgoing was mailed on September 5, 2003 to:

| | |
|---|---|
| Julie D. Blake, Esq.<br>Rome, McGuigan, Sabanosh, P.C.<br>1 State Street<br>Hartford, CT. 06103 | Danny Oller & Linda Boyd<br>50 Ridgefield Avenue<br>Bridgeport, CT. 06604 |
| Judith Howard<br>32 Peach Tree Drive<br>Seymour, CT. | _[signature]_<br>Stanley Chance, PRO SE: |