UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STANLEY CHANCE | : CIVIL ACTION NO: | 2003 DEC 31 A 11: 28 |
| | : 3:03CV⦸ (JCH) | |
| VS. | :       441 | |
| KEMKO, ET AL | : DECEMBER 30, 2003 | |

**PLAINTIFFS' MOTION FOR ENLARGMENT**

The plaintiff, Stanley chance in the above captioned case respectfully moves for an enlargement of 30 days up to and including January 30, 2004 to respond to the defendant's motion to dismiss.

The plaintiff is not going to lie to the court and the only reason he has been neglecting this case is all the petty bickering that he has been engaged with counsel in Chance-v-Cundy, 3:03cv40 (JCH).

This is the plaintiff 2$^{nd\ and}$ last request for time in this matter.

The plaintiff prays that the court grant this motion.

RESPECTFULLY SUBMITTED
THE PLAINTIFF

Stanley Chance, PRO SE.
99 Jetland Street
Bridgeport, CT. 06605
(203) 685-6038
Stanleychance@yahoo.com

1

## CERTIFICATION

I hereby certify that a copy of the forgoing was mailed on December 30, 2003 to:

Julie D, Blake, Esq.  
Rome, McGuigan Sabanosh, P.C.  
1 State Street  
Hartford, CT. 06103

Andrew Cohen, Esq.  
Litizia, Ambrose & Falls, P.C  
1 Church Street  
New Haven, CT. 06510

_____  
Stanley Chance, PRO SE: