FILED

**UNITED STATES DISTRICT COURT**

2004 JAN -9  P 12: 30

**DISTRICT OF CONNECTICUT**

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| STANLEY CHANCE | : CIVIL ACTION NO.: |
| | : 3:03 CV 441 (JCH) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| KEMKO, ET AL. | : |
| | : |
| Defendant. | : JANUARY 7, 2004 |
| | : |

## APPEARANCE

Please enter my appearance as counsel for The Defendant, Connecticut Healthcare

Workers' Compensation Trust, in the above-captioned matter.

DEFENDANT
CONNECTICUT HEALTHCARE WORKERS'
COMPENSATION TRUST

By:

Andrew A. Cohen, ct 07124
Letizia, Ambrose & Falls, P.C.
One Church Street
New Haven, CT 06510
(203) 787-7000

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed this 7th day of

January 2004, by first class mail, postage prepaid, to all counsel of record and pro se, as follows:


Stanley Chance
99 Jetland Street
Bridgeport, CT 06605
Pro Se Plaintiff


Julie D. Blake, Attorney
Rome, McGuigan, Sabanosh
One State Street, 13th Floor
Hartford, CT 06103-3101
Phone: 860-549-1000
E-mail: jblake@rms-law.com
On Behalf of Defendants KEMCO and Kim Curtin


_____
Andrew A. Cohen