UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STANLEY CHANCE,<br>          Plaintiff<br>VS.<br><br>KEMKO, ET AL.<br>          Defendant | CASE NO. 3:03 CV 441(JCH)<br><br>FILED<br>2004 JAN 20  P 1: 17<br><br>US DISTRICT COURT<br>BRIDGEPORT CT<br><br>JANUARY 16, 2004 |

## MOTION TO DISMISS OR ABSTAIN

Defendant Connecticut Healthcare Worker's Compensation Trust, pursuant to Rules 12(b)(6) and 12(b)(1) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1914(e)(2), moves: (1) to dismiss the complaint against it for lack of subject matter jurisdiction, because plaintiff has failed to exhaust administrative remedies; (2) to dismiss the complaint against it for failure to state a claim upon which relief may be granted, including the exclusivity of the Connecticut Workers' Compensation Act; (3) to dismiss the complaint against it as frivolous; or (4) in the alternative, to abstain from exercising jurisdiction over the claim against it. Support for this motion is contained in the accompanying memorandum of law and exhibits.

DEFENDANT
CONNECTICUT HEALTHCARE WORKERS'
COMPENSATION TRUST

By: _____
Andrew A. Cohen, ct07124
Anne K. Millham, ct13579
Letizia, Ambrose & Falls, P.C.
One Church St.
New Haven, CT 06510
(203) 787-7000

ORAL ARGUMENT NOT REQUESTED

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was mailed this 16th day of January, 2004 by first class mail, postage prepaid, to all counsel of record and pro se parties, as follows:

Stanley Chance
99 Jetland Street
Bridgeport, CT 06605
Pro Se Plaintiff

Julie D. Blake, Attorney
Rome, McGuigan, Sabanosh
One State Street, 13th Floor
Hartford, CT 06103-3101
Phone: 860-549-1000
E-mail: jblake@rms-law.com
On Behalf of Defendants KEMKO and Kim Curtin

Mr. Danny Oller
Ms. Linda Vosd
5 Ridgefield Avenue
Bridgeport, CT 06604

Ms. Judith Howard
32 Peach Tree Drive
Seymour, CT 06483

St. Vincent's Immediate Care Center
4490 Main Street
Bridgeport, CT 06606

Gallahan Basset Services, Inc.
2 Neshaminy Interplex
Suite 201
Trevose, PA 19053

Ms. Lisa Moore
20 Sunshine Circle
Bridgeport, CT 06606
Ms. Angelique Conroy
37 Maple Drive
Cos Cob, CT 06807

2

Ms. Dorothy Cedrone
111 Trelane Drive
Bridgeport, CT 06606

General Motors Corporation
3044 West Grand Boulevard
Detroit, MI 48202

Andrew A. Cohen