WCC FILE # - 400053568

| | |
|---|---|
| STANLEY CHANCE | : STATE OF CONNECTICUT |
| VS. | : WORKMANS COMPENSATION |
| | : COMMISSION |
| CURTIN MOTOR LIVERY SERVICE, ET AL. | : |
| | : NOVEMBER 6, 2003 |

## CLAIMANTS' MOTION FOR FORMAL EMERGENCY HEARING AND FINAL DETERMINATION

The Claimant, Stanley Chance in the above captioned workman's compensation case respectfully moves this Commission to schedule a formal Emergency hearing as soon as possible to determine whether the claimant is entitled to relief.

The reason for this request is that the claimant is has been out of work since May 2003, he's starving and the bills are piling up

RESPECTFULLY SUBMIITED
THE CLAIMANT

Stanley Chance, PRO SE:
99 Jetland Street
Bridgeport, CT. 06605

1

## CERTIFICATION

I hereby certify that a copy of the forgoing was mailed on November 6, 2003 to:

Anthony R. Kornacki, Esq.
Law office of Letizia, Ambrose & Falls
1 Church Street
4th Floor
New Haven, CT. 06510

Stanley Chance, PRO SE:

## ORDER
This motion being herd and considered is hereby ORDERED:

GRANTED / DENIED

_____                                    _____
DATE                                            Workman's Compensation
                                                Commissioner