

State of Connecticut Workers' Compensation Commission
350 Fairfield Avenue, 2nd Floor
Bridgeport, CT 06604
Telephone 203-382-5600   Fax 203-335-8760

WCC File #: **400053568**

# Notice of a FORMAL Hearing

**Stanley Chance**
vs.
**Curtin Motor Livery Service, Inc.**

Date of Injury: 03/22/2003
Body Part(s): Abdomen Including Groin

## Hearing Information

**TO:** Letizia, Ambrose & Falls, P.C.
1 Church Street
New Haven, CT  06510

A claim for compensation having been made in the above-entitled matter, you and each of you are hereby notified that Commissioner George A. Waldron will hold a hearing to address the following issue(s):

**31-275 - Compensability/Causal Connection**

Stanley Chance has requested this hearing and it is scheduled as follows:

Date: **02/23/2004**   Time: **9:00 AM**
Commissioner presiding: **George A. Waldron**
This hearing will be held at the following location:

**Bridgeport District Office**
**350 Fairfield Avenue, 2nd Floor**
**Bridgeport, CT  06604**

## Interested Parties

**Claimant**
Stanley Chance — 99 Jetland Street  Bridgeport, CT  06605

**Respondent(s)**
Curtin Motor Livery Service, Inc. — < Not Notified >
Connecticut Healthcare Workers' Compensation Trust — < Not Notified >
Letizia, Ambrose & Falls, P.C. — 1 Church Street  New Haven, CT  06510

**Other(s)**
Walter Pollard — Workers' Compensation Commission 21 Oak Street Hartford, CT  06106

## Special Instructions

Briefs/proposed findings due this day. Parties must appear for this hearing.

**TO THE EMPLOYER:** If you are insured or have a claims servicing carrier for Workers' Compensation liability, it is imperative that you forward this notice immediately to your insurer/carrier.

Notice Issued: 12/30/2003