

**State of Connecticut**
**Workers' Compensation Commission**

Please TYPE or PRINT IN INK

Rev. 7-22-2002

# 43

# Notice to Compensation Commissioner and Employee of Intention to Contest Employee's Right to Compensation Benefits

WCC File # _____

Date filed in District _____

## Employee

Name **STANLEY  CHANCE**
Soc. Sec.# (optional) **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**
D.O.B. **01/10/1968**
Address **99 JETLAND STREET**
City/Town **BRIDGEPORT**
Zip Code **06605**   State **CT**
Tel.# **2036856038**

## Attorney or Representative of Employee

Name _____
Name of Firm _____
Address _____
City/Town _____
Zip Code _____ State _____
Tel.# _____

## Employer

Name **Curtin Motor Livery Service, Inc. And Lasse's Livery**
Address **176 Cross Road**
City/Town **Waterford**
Zip Code **06385**  State **CT**
Tel.# **860-443-1655**

## Insurer

Claim Number **44947   E**

Name **Connecticut Healthcare Workers' Compensation Trust**
Address **866 North Main Street Extension**
City/Town **Wallingford**   State **CT**
Zip Code **06492**

Contact Person **Patti Cavallaro**
Tel.# **203-678-0151**

## Injury
(for WCC use only)

Date of Injury **05/22/2003**
Date of Death _____
City/Town of Injury **Bridgeport**
State **CT**   Zip Code **06605**
Body Part(s) **N/A**
Nature of Injury **Stress**

☐ Check, if an Occupational Disease or a Repetitive Trauma

## Reason(s) for Contest — Signature

You are hereby notified that the employer/insurer will contest liability to pay compensation benefits to the employee named on this form for the following reason(s) — SPECIFIC EXPLANATION REQUIRED:

Claimant alleges post traumatic stress disorder. No accidental injury or occupational disease arising out of and in the course of employment. Per Section 31-275 (16) (B) (ii) Stress is not a covered Workers' Compensation injury.

Signature **Patti J Cavallaro**
Date **6-4-03**
Name (type or print) **Patti Cavallaro**
Title **Sr. Claims Representative**

This notice must be served upon the Commissioner and Employee (or representative, if applicable) by personal presentation or by registered or certified mail. When medical care is the issue for contest, send a copy of this form to the medical provider also. For the protection of both parties, the claimant should note the date when this notice was received and the employer/insurer should keep a copy of this notice with the date it was served.
CLMNT: 7002 0860 0005 5616 6121   COMM: 7002 0860 0005 5616 6114   ATTY:

DATE: **06/04/2003**