FILED

2004 JAN 21 P 1: 18

UNITED STATES DISTRICT COURT
US DISTRICT COURT
BRIDGEPORT CT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| STANLEY CHANCE | :  NO.: 3:03CV441 (JCH) |
| v. | : |
| KEMCO, ET AL | :  JANUARY 20, 2004 |

## APPEARANCE

Please enter the appearance of **Mark J. Claflin**, as attorney for the defendant, **General Motors Corporation**, in the above-entitled action.

On January 12, 2004, a representative of General Motors Corporation signed and returned to plaintiff a Waiver of Service of Summons. Although it does not appear that the waiver has been filed, it is the intention of General Motors Corporation to file a response to plaintiff's complaint on or before February 11, 2004.

DEFENDANT,
GENERAL MOTORS CORPORATION

By /s/ Mark J. Claflin
Mark J. Claflin
ct06218
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (Fax)
E-Mail: mclaflin@hl-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 20th day of January, 2004.

Mr. Stanley Chance
119 Gem Avenue
Bridgeport, CT 06604

Lezlie Ott Marek, Esquire
Hanson, Marek, Bolkcom & Greene, Ltd.
2200 Rand Tower
527 Marquette Avenue
Minneapolis, MN 55402

Mark J. Claflin