UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STANLEY CHANCE            : CIVIL ACTION 3:03CV441 (JCH)

VS.                       :

KEMCO, ET AL              : FEBRUARY 5, 2004

## PLAINTIFFS' MOTION FOR EXTENTION OF TIME WHICH TO FILE OPPOSSITION TO DEFENADNTS' MOTION TO DISMISS

The plaintiff, Stanley Chance in the above captioned case respectfully move the court for an extension of time up too and including February 16, 2004 which the file hid opposition to the defendants notion to dismiss.

The reason for this request is that the plaintiff has dad a death in his family and he will be a pallbearer at the funeral next week and it hard to concentrate on this case.

The plaintiff apologizes to the court and defense counsel for this request as he represented that the last request would be the however this event was unforeseeable.

RESPECTFULLY SUBMITTED

THE PLAINTIFF

Stanley Chance, PRO SE:
99 Jetland Street
Bridgeport, CT. 06605
(203) 685-6038
Stanleychance@yahoo.com

**MOTION GRANTED.**
**SO ORDERED** Janet C. Hall, U.S.D.J. 2/22/04

1

## CERTIFICATION

I hereby certify that a copy of the forgoing was mailed on February 6, 2003 to:

Julie D. Blake, Esq.
Rome McGowan & Sabonosh
1 State Street
Hartford, CT. 06103

_____
Stanley Chance, PRO SE:

2