UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

STANLEY CHANCE              :  CIVIL CASE NO: 3:03CV441 (JCH)

VS.                         :

CONNECTICUT HEALTHCARE      :
WORKERS COMPENSATION TRUST  :  FEBRUARY 27, 2004

## PLIANTIFFS MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' CONNECTICUT HEALTHCARE WORKERS COMPENSATION TRUST

The plaintiff, Stanley Chance in the above captioned case respectfully request an extension of time of 30 days up to and including March 25, 2004 to respond to defendants Motion to Dismiss.

The reason for this is that the plaintiff while straitening the file in this matter and throwing away unneeded papers the plaintiff threw out the defendants motion to dismiss and the plaintiff has to get another copy.

This is the plaintiff 1st request for time with regard to Defendant Connecticut Healthcare Workers Compensation Trust.

RESPECTFULLY SUBMITTED
THE PLAINTIFF

Stanley Chance, PRO SE:
99 Jetland Street
Bridgeport, CT 06605
(203) 685-6038
Stanleychance@yahoo.com

MOTION GRANTED.

FILED SO ORDERED 3/4/04
Janet C. Hall, U.S.D.J.

2004 MAR -5 P 2:
US DISTRICT COURT
BRIDGEPORT CT

1

## CERTIFICATION

    I hereby certify that a copy of the foregoing was faxed and mailed on February 27, 2004 to:

Andrew Cohen, Esq.
Letizia Ambose & Falls
1 Church Street
New Haven, CT. 06605

_____
Stanley Chance, PRO SE: