UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STANLEY CHANCE | : | NO.: 3:03CV441 (JCH) |
| | : | |
| v. | : | |
| | : | |
| KEMCO, ET AL | : | MARCH 15, 2004 |

**GENERAL MOTORS CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

      Defendant General Motors Corporation ("GM") states that it is a publicly traded company. GM has no parent corporation. State Street Bank & Trust Company owns more than 10% of General Motors Corporation's stock.

DEFENDANT,
GENERAL MOTORS CORPORATION

By_____

| | |
|---|---|
| Mark J. Claflin       and | Kent B. Hanson (of counsel) |
| ct06218 | Lezlie Ott Marek (of counsel) |
| Howd & Ludorf | HANSON, MAREK, BOLKCOM & |
| 65 Wethersfield Avenue | GREENE, LTD. |
| Hartford, CT  06114 | 2200 Rand Tower |
| (860) 249-1361 | 527 Marquette Avenue |
| (860) 249-7665 (Fax) | Minneapolis, MN 55402 |
| E-Mail: mclaflin@hl-law.com | Tel: 612.342.2880 |
| | Fax: 612.677.3772 |

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. mail, to the following counsel of record this 15th day of March, 2004.

Mr. Stanley Chance
99 Jetland Street
Bridgeport, CT 06605

Julie Blake, Esquire
Rome, McGuigan, Sabanosh, P.C.
1 State Street
Hartford, CT 06103

Andrew A. Cohen, Esquire
Letizia, Ambrose & Falls, P.C.
One Church Street
New Haven, CT 06510

Kent B. Hanson, Esquire
Lezlie Ott Marek, Esquire
Hanson, Marek, Bolkcom & Greene, Ltd.
2200 Rand Tower
527 Marquette Avenue
Minneapolis, MN  55402

                                                _____
                                                Mark J. Clafin