UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STANLEY CHANCE : 3:03CV441 (JCH)

VS. :

CONNECTICUT WORKMANS :
COMPENSATION TRUST
: MARCH 29, 2004

**FILED 2004 MAR 29 P 12: 04 U.S. DISTRICT COURT BRIDGEPORT, CONN**

## PLAINTIFFS' EXTENTION OF TIME TO FILE OPPOSITION TO DEFENDNATS' MOTION TO DISMISS

The plaintiff, Stanley Chance in the above captioned case respectfully moves this Court for an extension of time of 7 days up to and including Monday April 5, 2004 to file opposition to defendant's motion to dismiss.

The reason for the request is that the plaintiff need more time to type it up on the public word processor, print it out, file with Court and send opposing Counsel copy.

On Thursday, of last week the plaintiff meant to file a motion for enlargement but did not have his Drivers License and could not get into court and on Friday at the Court, there was the bomb threat that cleared the Court and although this was only till 1 in the afternoon, the plaintiff was informed that the Court was to be closed all day by a Trumbull Police officer who was helping provide security.

RESPECTFULLY SUBMITTED
THE PLAINTIFF

Stanley Chance, Pro Se:
99 Jetland Street
Bridgeport, CT. 06605
(203) 685-6038
Stanleychance@yahoo.com

**MOTION GRANTED. SO ORDERED.** [Janet C. Hall, 4/1/04]

1