UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

STANLEY CHANCE              : CIVIL ACTION NO: 3:03CV441 (JCH)

2004 APR -7 P 3: 35

U.S. DISTRICT COURT
BRIDGEPORT. CONN

VS.                           :

CONNECTICUT HEALTHCARE    :
WORKERS COMPENSATION TRUST  : APRIL 7, 2004

## PLAINITFFS' OPPOSITION TO DEFENDNAT CONNECTICUT HEALTHCARE WORKERS COMPENSATION TRUST

After review of all case law the plaintiff, Stanley Chance does not dispute the defendant position that the Compensation Commission has exclusive jurisdiction over workman's compensation claims and this is established in the District Court as well. See *Myers -v- Arcudi*, 915 F.Supp. 522 (D.Conn. 1996).

However, the backbone of the plaintiff's complaint is not the defendants failure to award compensation benefits per se.

The backbone of the plaintiffs' complaint is the defendant's reasons for their denying the plaintiffs workman's compensation benefits, which is in the compliant so the plaintiff is not going to get repetitive.

Under the doctrine of Respondent Superior, the defendants are just as liable for the action of defendant *Kemco* since they are a party to the conspiracy as well.

Even if assumimg that the plaintiff cannot maintain this action under respondent superior, he very well can maintan this action for *Tort* for negligence and fraud.

The defenant motion to dismiss should be denied.

The plaintiff opologizes to the Court and Attoreny Cohen for filing pleading on the 7th instead of the 5 and he did not mean to cause any undue delay or disrespect to either of you, the Court or Attoreny Cohen.

RESPECFULLY SUBMITTED
THE PLAINTIFF

Stanley Chance, PRO SE:
99 Jetland Street
Bridgeport, CT. 06606

## **CERTIFICATION**

I herby certify that a copy of the forgoing was mailed on April 7, 2004 to:

Andrew Cohe, Esq.
Letizia, Ambrose & Falls
1 Church Street
New Haven, CT. 06510

Stanley Chance, Pro Se.