UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STANLEY CHANCE | : | |
|    Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-03-cv-441 (JCH) |
| | : | |
| KEMCO, ET AL | : | |
|    Defendants | : | APRIL 30, 2004 |

## JOINT REPORT OF PARTIES'
## PLANNING MEETING ENDORSEMENT [DKT. NO. 40]

| | | | |
|---|---|---|---|
| Report Approved: | | Pltf.(s) Expert Disclosure Due: | 6/20/04 |
| Report Approved in Part: | X | Pltf.(s) Expert Deposition(s) Completed By: | 7/20/04 |
| Discovery Cutoff Date: | 9/20/04 | Def.(s) Expert Disclosure Due: | 8/20/04 |
| Dispositive Motions Due: | 10/20/04 | Def.(s) Expert Deposition(s) Completed By: | 9/20/04 |
| Damage Analysis Due: | 6/1/04 | Electronic Filing of Entire Case: Yes/No | |

Rule 16 Conference:   8/23/04 @ 12:00 p.m.
(A separate Order regarding Rule 16 Conference to follow.)

**SO ORDERED.**

   Dated at Bridgeport, Connecticut this 29th day of April, 2004.

   /s/ Janet C. Hall
   Janet C. Hall
   United States District Judge