UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAY -6  P 1: 00

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| STANLEY CHANCE, | CIVIL ACTION NO. |
| Plaintiff, | 3:03 CV 441 (JCH) |
| v. | |
| KEMKO, ET AL, | |
| Defendants. | MARCH 25, 2004 |

## CONNECTICUT HEALTHCARE WORKERS' COMPENSATION TRUST'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure, Rule 7.1, the defendant, Connecticut Healthcare Workers' Compensation Trust ("CHWCT"), submits this Disclosure Statement. CHWCT is a special, non-stock corporation which is authorized and exists as an Employer Mutual Association pursuant to C.G.S. § 31-328. CHWCT has no parent corporation. No publicly held corporation or individual owns 10% or more of the stock of CHWCT, because it is a non-stock corporation.

THE DEFENDANT,
CONNECTICUT HEALTHCARE
WORKERS' COMPENSATION TRUST,

BY: /s/ 
Andrew A. Cohen, ct 07124
Anne K. Millham, ct13579
Letizia, Ambrose & Falls, P.C.
One Church Street
New Haven, CT 06510
(203) 787-7000

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this 25th day of March, 2004, by first class mail, postage prepaid, to:

Stanley Chance
99 Jetland Street
Bridgeport, CT 06606
Tel: (203) 685-6038

Julie Blake, Atty.
ROME, MCGUIGAN & SABANOSH, P.C.
1 State Street
Hartford, CT 06103
Tel: (860) 493-3526
Facsimile: (860) 724-3921
(Defendants Kemko and Kim Curtin)

Mark J. Claflin, Atty.
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT 06114-1190
Tel: (860) 249-1361
Facsimile: (860) 522-9549
(Defendant General Motors Corporation)

Leslie Ott Marek, Atty.
Kent B. Hanson, Atty.
HANSON, MAREK, BOLKCOM & GREENE, LTD.
2200 Rand Tower
527 Marquette Avenue
Minneapolis, MN 55402
(Defendant General Motors Corporation)

_____
Anne K. Millham

P:\Chwct\Chance, S\corpdiscl.akm.doc