UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STANLEY CHANCE | : 3:03CV441 (JCH) |
| VS. | : |
| KEMCO | : |
| KIM CURTIN | : |
| DANNY OLLER | : |
| LINDA VIOD | : |
| CONNECTICUT HEALTHCARE | : |
| WORKERS CONPENSATION TRUST | : MAY 10, 2004 |

## PLAINTIFF SUPPLEMENTAL RESPONE TO DEFENDANTS' MOTION TO DISMISS

The following is a supplement to defendants motion to dismiss, the plaintiff, Stanley Chance ("Chance") stands by all other facts and representation made prior to this.

First the plaintiff would like to thank Attorney Cohen for correcting him on the doctrine of Respondent Superior, the plaintiff just hope that Attorney Cohen isn't going to bill him for it.

The plaintiff would like to return the favor and correct Attorney Cohen whose interpretation of _Shields -v- Citytrust Bancorp, Inc, 25 F.3d 1124_ is misplaced.

Under the _Shield_ Court pleading requirement all the plaintiff has to do is "[a]lledge fact that give rise to a strong inference of fraudulent intent…" "The requisite "strong inference" of fraud may be established either by (a) alleging facts to show that defendants had both motive and opportunity to commit fraud. or (b) by alleging facts that constitutes strong circumstantial evidence of conscious misbehavior or recklessness _Id._

Under the pleading requirement established by the Second Circuit Court of Appeals, the plaintiff complaint satisfies the standard for fraud.

1

RESPECTFULLY SUBMITTED
THE PLAINTIFF

*[signature]*

Stanley Chance, PRO SE:
99 Jetland Street
Bridgeport, CT. 06605
Stanleychance@yahoo.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on May 10, 2004 to:

Andrew Cohen, Esq.
Letizia, Ambrose & Falls, P.C
1 Church Street
New Haven, CT. 06510

Julie D. Blake, Esq.
Rome, McGuigan, Sabanosh, P.C.
1 State Street
Hartford, CT. 06103

Mark J. Claflin, Esq.
Howed & Ludorf
65 Wetherfeild Avenue
Hartford, CT. 06114-1190

Kent B. Hanson, Esq.
Lezlie Ott Marek, Esq.
Hanson, Marek, Bolkcom & Greene, LTD.
2200 Rand Tower
527 Marquette Avenue
Minneapolis, MN. 55402

_____
Stanley Chance, PRO SE:

# EXHIBIT

# A

```
CO.    FILE    DEPT.   CLOCK  NUMBER
PMU    000554  500             0000406398  1

KEMCO
176 CROSS ROAD
WATERFORD, CONNECTICUT 06385
```

**Earnings Statement**

Period Ending: 03/29/2003
Pay Date: 04/04/2003

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  State:

STANLEY CHANCE
119 GEM AVE
BRIDGEPORT CT

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.5000 | 6.00 | 45.00 | 3,180.01 |
| Overtime | | | | 247.51 |
| **Gross Pay** | | | **$45.00** | 3,427.52 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -2.79 | 212.51 |
| | Medicare Tax | -0.65 | 49.70 |
| | CT State Income Tax | -2.36 | 156.31 |
| | Federal Income Tax | | 340.99 |
| **Net Pay** | | | **$39.20** |

Your federal taxable wages this period are $45.00

# EXHIBIT

# B

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| PMU | 000554 | 500 | | 0000408301 | 1 |

KEMCO
176 CROSS ROAD
WATERFORD, CONNECTICUT 06385

# Earnings Statement 

Period Ending:   04/19/2003
Pay Date:        04/25/2003

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0
   State:

STANLEY CHANCE
119 GEM AVE
BRIDGEPORT CT

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.5000 | 2.50 | 18.75 | 3,547.51 |
| Overtime | | | | 247.51 |
| **Gross Pay** | | | **$18.75** | 3,795.02 |

**Important Notes**
CHECK YOUR SS#

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -1.16 | 235.29 |
| | Medicare Tax | -0.27 | 55.03 |
| | CT State Income Tax | -0.98 | 175.60 |
| | Federal Income Tax | | 368.33 |
| **Net Pay** | | **$16.34** | |

Your federal taxable wages this period are $18.75