UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STANLEY CHANCE : 3:03CV441 (JCH)

VS. :

GENERAL MOTORS CORPORATION: MAY 7, 2004

### PLAINTIFFS' RESPONSE TO GENERAL MOTORS CORPORATIONS SERPERATE ANSWER

The following is the plaintiffs' response to General Motors Corporation ("GM") separate answer.

The plaintiff is bringing this action against GM under the provisions of the Connecticut Product liability act pursuant to Connecticut General Statute, Section 52-572m and n.

As a preliminary matter, the plaintiff, Stanley Chance agreement of counsel for GM will stipulate the 2nd accident claimed in the complaint can go off because it was not so serious or severe that the airbag would have been expected to open, t6he only thing that happened was the car was sideswiped the passengers side mirror was ripped off.

However, as far as the 1st accident which the car was hit from behind on Lexington and North Avenue and the 3rd accident in which the plaintiff was cut off on Main and Wheeler Street both in Bridgeport, Connecticut, the airbags should of deployed.

The plaintiff has pictures of the damaged vehicle from the 3rd accident and the accidents reports which list the vehicle Identification Numbers which he will provide to GM counsel as soon as possible, but the picture will take about a month because the

1

# CONNECTICUT UNIFORM POLICE ACCIDENT REPORT
FORM PR-1 REV. 01/01

GPS READINGS: Latitude:
Time:    Longitude:

**FOR DOT USE ONLY**

| DATE OF ACCIDENT | MILITARY TIME | ACCIDENT SEVERITY | # VEHICLES INVOLVED | PAGE # | POLICE CASE NUMBER |
|---|---|---|---|---|---|
| 01/22/03 | 0921 | ☐ Fatal ☐ Injury ☐ PDO | 2 | 1 of 2 | 067 |

| TOWN OR CITY NAME | TOWN CODE | ACCIDENT OCCURRED ON (Street Name or Route #) | AT ITS INTERSECTION WITH (Street Name or Route #) |
|---|---|---|---|
| Bridgeport | 015 | North Ave | Lexington Ave |

IF NOT AT INTERSECTION
1 MEASURE DISTANCE (✓ Check Appropriate Boxes)
☐ Feet ☐ Tenths of Mile ☐ Meters ☐ Kilometers
2. DIRECTION ☐ North ☐ South ☐ East ☐ West
3. NAME OF NEAREST INTERSECTING STREET, TOWN LINE OR MILE MARKER
of ____ Accident Occurred ☐ On Private Property ☐ Parking Lot

## TRAFFIC UNIT #1
☒ Vehicle ☐ Pedestrian ☐ Non-Contact Vehicle

OPERATOR #1 or PEDESTRIAN NAME: Moore-Best, Lisa A
ADDRESS: 20 Sunshine Circle
PROPER LICENSE CLASS: ☒ Yes ☐ No
CITY OR TOWN: Bridgeport   STATE: CT   ZIP CODE: 06606   SEX: ☐ M ☒ F
OPERATOR LICENSE #: 137402945   STATE: CT   DATE OF BIRTH: 01/20/64
OWNER'S NAME: Same
ADDRESS:
CITY OR TOWN:   STATE:   ZIP CODE:   BODY TYPE: 4-door
REGISTRATION #: 492 SCK   STATE: CT   VEHICLE YEAR AND MAKE: 91 Buick
VEHICLE IDENTIFICATION NUMBER: 2G4WB51L2M1408211
CARRIER NAME:
CARRIER ADDRESS:
SOURCE OF CARRIER NAME: ☐ Shipping Papers/Trip Manifest ☐ Driver ☒ Side of Vehicle   ☐ USDOT # ☐ ICCMC #
GROSS VEHICLE WEIGHT RATING #:
HAZARDOUS MATERIAL PLACARD REQUIRED? ☐ Yes ☐ No  4 Digit # DISPLAYED? ☐ Yes ☐ No  1 Digit #
HAZARDOUS CARGO RELEASED? ☐ Yes ☒ No
ENFORCEMENT ACTION TAKEN: ☐ None ☐ Arrest ☒ Written Warning ☐ Verbal Warning
STATUTE OR ORDINANCE #'S: 14-240a
SUBJECT OF ACTION: ☒ Operator ☐ Carrier ☒ Owner ☐ Pedestrian
AUTOMOBILE INSURANCE — NAME — POLICY #: Nationwide Ins. 51D872731
PARTS OF VEHICLE DAMAGED: none
VEHICLE TOWED TO:   ☐ TOWED DUE TO DAMAGE

## TRAFFIC UNIT #2
☒ Vehicle ☐ Pedestrian ☐ Non-Contact Vehicle

OPERATOR #2 or PEDESTRIAN NAME: Chance, Stanley D.
ADDRESS: 119 Gem Ave
PROPER LICENSE CLASS: ☒ Yes ☐ No
CITY OR TOWN: Bridgeport   STATE: CT   ZIP CODE: 06606   SEX: ☒ M ☐ F
OPERATOR LICENSE #: 132665294   STATE: CT   DATE OF BIRTH: 01/10/68
OWNER'S NAME: Curtin Motor Livery Ser, Inc
ADDRESS: Box 341
CITY OR TOWN: Waterford   STATE: CT   ZIP CODE: 06385   BODY TYPE: 4-door
REGISTRATION #: L4770L   STATE: CT   VEHICLE YEAR AND MAKE: 92 Chev
VEHICLE IDENTIFICATION NUMBER: 1G1BL53E0NR155311
CARRIER NAME:
CARRIER ADDRESS:
SOURCE OF CARRIER NAME: ☐ Shipping Papers/Trip Manifest ☐ Driver ☒ Side of Vehicle   ☐ USDOT # ☐ ICCMC #
GROSS VEHICLE WEIGHT RATING #:
HAZARDOUS MATERIAL PLACARD REQUIRED? ☐ Yes ☐ No  4 Digit # DISPLAYED? ☐ Yes ☐ No  1 Digit #
HAZARDOUS CARGO RELEASED? ☐ Yes ☐ No
ENFORCEMENT ACTION TAKEN: ☒ None ☐ Arrest ☐ Written Warning ☐ Verbal Warning
STATUTE OR ORDINANCE #'S:
SUBJECT OF ACTION: ☐ Operator ☐ Carrier ☐ Owner ☐ Pedestrian
AUTOMOBILE INSURANCE — NAME — POLICY #: RLI Group LFB001023-1
PARTS OF VEHICLE DAMAGED: Left Rear Bumper
VEHICLE TOWED TO:   ☐ TOWED DUE TO DAMAGE

| L | M | N | NAME AND ADDRESS OF EACH INVOLVED PERSON | Date of Birth | O | P | Q |
|---|---|---|---|---|---|---|---|
| 1 | 1 | N | 01 | TRAFFIC UNIT #1 OPERATOR OR PEDESTRIAN #1 | | 4 | 2 | 1 |
| 2 | 2 | N | 01 | TRAFFIC UNIT #2 OPERATOR OR PEDESTRIAN #2 | | 4 | 2 | 1 |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |

ALL INVOLVED PERSONS

# CONNECTICUT UNIFORM POLICE ACCIDENT REPORT
FORM PR-1 REV.12/94

GPS READINGS: Latitude: _____  Longitude: _____
Time: _____

**FOR DOT USE ONLY**

| DATE OF ACCIDENT | MILITARY TIME | ACCIDENT SEVERITY | # VEHICLES INVOLVED | PAGE # | POLICE CASE NUMBER |
|---|---|---|---|---|---|
| 02/18/03 | 1642 | ☐ Fatal ☐ Injury ☐ PDO | 2 | 1 of 2 | 030218202 |

| TOWN OR CITY NAME | TOWN CODE | ACCIDENT OCCURRED ON (Street Name or Route #) | AT ITS INTERSECTION WITH (Street Name or Route #) |
|---|---|---|---|
| BRIDGEPORT | 0115 | BOSTON AV. | at NOBLE AV. |

IF NOT AT INTERSECTION
1. MEASURE DISTANCE ___ (✓ Check Appropriate Boxes)
   ☐ Feet  ☐ Tenths of Mile  ☐ Meters  ☐ Kilometers
2. DIRECTION ☐ North ☐ South ☐ East ☐ West
3. NAME OF NEAREST INTERSECTING STREET, TOWN LINE OR MILE MARKER: _____
Accident Occurred: ☐ On Private Property ☐ Parking Lot

---

**TRAFFIC UNIT #1:** ☑ Vehicle ☐ Pedestrian ☐ Non-Contact Vehicle

OPERATOR #1 or PEDESTRIAN NAME (Last, First, Middle Initial): **Conry, Angelique**
ADDRESS (Street Number & Name): **37 Idlewood Drive**   PROPER LICENSE CLASS: ☐ Yes ☐ No
CITY OR TOWN: **Cos Cob**   STATE: **CT**   ZIP CODE: **06807**   SEX: ☐ M ☑ F
OPERATOR LICENSE #: **076 316 512**   STATE: **CT**   DATE OF BIRTH: **07-18-73**
OWNER'S NAME (Enter SAME If Owner is Operator): **S**
ADDRESS (Street Number and Name):
CITY OR TOWN: **"ME"**   STATE: _   ZIP CODE: _   BODY TYPE: **2 dr.**
REGISTRATION #: **296 PYU**   STATE: **CT**   VEHICLE YEAR AND MAKE: **1989 CHEV.**
VEHICLE IDENTIFICATION NUMBER: **1G1LV1147KE2281093**
CARRIER NAME:
CARRIER ADDRESS:
SOURCE OF CARRIER NAME: ☐ Shipping Papers/Trip Manifest ☐ Driver ☐ Side of Vehicle   ☐ USDOT # ☐ ICCMC #
GROSS VEHICLE WEIGHT RATING #:
HAZARDOUS MATERIAL PLACARD REQUIRED? ☐ Yes ☐ No  4 Digit # ___  DISPLAYED? ☐ Yes ☐ No  1 Digit # ___
HAZARDOUS CARGO RELEASED? ☐ Yes ☐ No
ENFORCEMENT ACTION TAKEN ☐ None ☐ Arrest ☐ Written Warning ☐ Verbal Warning
STATUTE OR ORDINANCE #'S: ___   SUBJECT OF ACTION: ☐ Operator ☐ Carrier ☐ Owner ☐ Pedestrian
AUTOMOBILE INSURANCE — NAME — POLICY #:
PARTS OF VEHICLE DAMAGED: **LEFT SIDE**
VEHICLE TOWED TO: **N/A**   ☐ TOWED DUE TO DAMAGE

---

**TRAFFIC UNIT #2:** ☑ Vehicle ☐ Pedestrian ☐ Non-Contact Vehicle

OPERATOR #2 or PEDESTRIAN NAME (Last, First, Middle Initial): **Chance, Stanley D.**
ADDRESS (Street Number & Name): **119 Gem Ave.**   PROPER LICENSE CLASS: ☐ Yes ☐ No
CITY OR TOWN: **Bridgeport**   STATE: **CT**   ZIP CODE: **06606**   SEX: ☑ M ☐ F
OPERATOR LICENSE #: **137 665 294**   STATE: **CT**   DATE OF BIRTH: **01/10/68**
OWNER'S NAME: **Curtin Motor Livery**
ADDRESS: **P.O. Box 341**
CITY OR TOWN: **Waterford**   STATE: **CT**   ZIP CODE: **06385**   BODY TYPE: **4 dr**
REGISTRATION #: **L9770L**   STATE: **CT**   VEHICLE YEAR AND MAKE: **1992 CHEV.**
VEHICLE IDENTIFICATION NUMBER: **1G1BL53E0NR155311**
CARRIER NAME:
CARRIER ADDRESS:
SOURCE OF CARRIER NAME: ☐ Shipping Papers/Trip Manifest ☐ Driver ☐ Side of Vehicle   ☐ USDOT # ☐ ICCMC #
GROSS VEHICLE WEIGHT RATING #:
HAZARDOUS MATERIAL PLACARD REQUIRED? ☐ Yes ☐ No  4 Digit # ___  DISPLAYED? ☐ Yes ☐ No  1 Digit # ___
HAZARDOUS CARGO RELEASED? ☑ Yes ☐ No
ENFORCEMENT ACTION TAKEN ☑ None ☐ Arrest ☐ Written Warning ☐ Verbal Warning
STATUTE OR ORDINANCE #'S: ___   SUBJECT OF ACTION: ☐ Operator ☐ Carrier ☐ Owner ☐ Pedestrian
AUTOMOBILE INSURANCE — NAME — POLICY #: **RLI Group  LFBC01023-1**
PARTS OF VEHICLE DAMAGED: **Right Side (Both doors & Side Mirror)**
VEHICLE TOWED TO: **N/A**   ☐ TOWED DUE TO DAMAGE

---

**NAME AND ADDRESS OF EACH INVOLVED PERSON**

| | L | M | N | | Date of Birth | O | P | C | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | N | 01 | TRAFFIC UNIT #1 OPERATOR OR PEDESTRIAN #1 | | 4 | 3 | 1 | |
| 2 | 2 | N | 01 | TRAFFIC UNIT #2 OPERATOR OR PEDESTRIAN #2 | | 1 | 3 | 1 | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |

ALL INVOLVED PERSONS

# CONNECTICUT UNIFORM POLICE ACCIDENT REPORT
FORM PR-1 REV. 01/01

**GPS READINGS:** Latitude: _____ Time: _____ Longitude: _____

| DATE OF ACCIDENT | MILITARY TIME | ACCIDENT SEVERITY | # VEHICLES INVOLVED | PAGE # | FOR DOT USE ONLY POLICE CASE NUMBER |
|---|---|---|---|---|---|
| 05 22 03 | 1607 | ☐ Fatal ☒ Injury ☐ PDO | 3 | 1 of 4 | 030522209 |

| TOWN OR CITY NAME | TOWN CODE | ACCIDENT OCCURRED ON (Street Name or Route #) | AT ITS INTERSECTION WITH (Street Name or Route #) |
|---|---|---|---|
| Bridgeport | 015 | Main St. | Wheeler Ave. |

IF NOT AT INTERSECTION
1. MEASURE DISTANCE _____ ☐ Feet ☐ Tenths of Mile ☐ Meters ☐ Kilometers
2. DIRECTION ☐ North ☐ South ☐ East ☐ West
3. NAME OF NEAREST INTERSECTING STREET, TOWN LINE OR MILE MARKER _____

Accident Occurred: ☐ On Private Property ☐ Parking Lot

**FOR DOT USE ONLY (right margin):** 03, 2, 2, 1, 7, 1, 4, 2, 02, 02, 1, 05, NV

---

### TRAFFIC UNIT #1
☒ Vehicle ☐ Pedestrian ☐ Non-Contact Vehicle

- **OPERATOR #1 or PEDESTRIAN NAME:** Cedrone, Dorothy, J.
- **ADDRESS:** 111 Trelane Dr.
- **PROPER LICENSE CLASS:** ☒ Yes ☐ No
- **CITY OR TOWN:** Bridgeport
- **STATE:** CT
- **ZIP CODE:** 06606
- **SEX:** ☐ M ☒ F
- **OPERATOR LICENSE #:** 210134073
- **STATE:** CT
- **DATE OF BIRTH:** 09/29/18
- **OWNER'S NAME:** Cedrone, Louis E. & Dorothy J
- **ADDRESS:** 1534 Madison Ave.
- **CITY OR TOWN:** Bridgeport
- **STATE:** CT
- **ZIP CODE:** 06606
- **BODY TYPE:** 4DR SED
- **REGISTRATION #:** MN2974
- **STATE:** CT
- **VEHICLE YEAR AND MAKE:** 1993 Buick Cent.
- **VIN:** 3G4AG55M2AS633485
- **ENFORCEMENT ACTION TAKEN:** ☐ None ☐ Arrest ☐ Written Warning ☒ Verbal Warning
- **STATUTE OR ORDINANCE #'S:** 14-247
- **SUBJECT OF ACTION:** ☒ Operator ☐ Carrier ☐ Owner ☐ Pedestrian
- **AUTOMOBILE INSURANCE — NAME — POLICY #:** The Standard Fire Ins. Co. 034055513-101-1
- **PARTS OF VEHICLE DAMAGED:** Front End
- **VEHICLE TOWED TO:** City line ☒ TOWED DUE TO DAMAGE

### TRAFFIC UNIT #2
☒ Vehicle ☐ Pedestrian ☐ Non-Contact Vehicle

- **OPERATOR #2 or PEDESTRIAN NAME:** Chance, Stanley
- **ADDRESS:** 99 Jetland St.
- **PROPER LICENSE CLASS:** ☒ Yes ☐ No
- **CITY OR TOWN:** BPT.
- **STATE:** CT
- **ZIP CODE:** 06605
- **SEX:** ☒ M ☐ F
- **OPERATOR LICENSE #:** 137605294
- **STATE:** CT
- **DATE OF BIRTH:** 01/10/68
- **OWNER'S NAME:** Curtin Motor Livery
- **ADDRESS:** Box 341
- **CITY OR TOWN:** Waterford, CT
- **BODY TYPE:** STV3
- **REGISTRATION #:** L5361L
- **STATE:** CT
- **VEHICLE YEAR AND MAKE:** 1986 Chev Astro
- **VIN:** 1GB0M15Z6GB127122
- **ENFORCEMENT ACTION TAKEN:** ☐ None ☐ Arrest ☐ Written Warning ☒ Verbal Warning
- **STATUTE OR ORDINANCE #'S:** 14-218a
- **SUBJECT OF ACTION:** ☒ Operator ☐ Carrier ☐ Owner ☐ Pedestrian
- **AUTOMOBILE INSURANCE — NAME — POLICY #:** RLI Group #LFB001023-1 Exp 8/2003
- **PARTS OF VEHICLE DAMAGED:** Front End
- **VEHICLE TOWED TO:** Bernies ☒ TOWED DUE TO DAMAGE

---

### NAME AND ADDRESS OF EACH INVOLVED PERSON

| # | L | M | N | Name and Address | Date of Birth | O | P | Q |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | B | 01 | TRAFFIC UNIT #1 OPERATOR OR PEDESTRIAN #1 | | 9 | 1 | 1 |
| 2 | 2 | N | 01 | TRAFFIC UNIT #2 OPERATOR OR PEDESTRIAN #2 | | 9 | 3 | 1 |
| 3 | W | 1 | | Rivera, Osvaldo 408 Poplar St BPT. CT. | 11 21 58 | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |

ALL INVOLVED PERSONS





