MAY 11 2004

Honorable Janet C. Hall
United States District Judge
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT. 06604

May 10, 2004

FILED
2004 MAY 12 P 3: 05
U.S. DISTRICT COURT
BRIDGEPORT, CONN

FILED
2004 MAY 12 P 3: 05
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Julie D. Blake, Esq.
Rome, McGuigan, Sabonash
1 State Street
Hartford, CT. 06103

Mark J. Claflin, Esq.
Howed & Ludorf
65 Wethersfield Avenue
Hartford, CT. 06114-1190

Andrew Cohen, Esq.
Letizia, Ambrose & Falls, P.C
1 Church Street
New Haven, CT. 06510

Kent B. Hanson, Esq.
Lezlie Ott Marek, Esq.
Hanson, Marek, Bolkcom & Green, LTD.
220 Rand Tower
%25 Marquette Avenue
Minneapolis, MN. 55402

3:03cv441 (JCH)

Dear Judge Hall,, Attornies Blake, Claflin, Cohen, Hanson and Marek,

   Please allow me and I pray that you folk accept my apologies for missng the Rule 26 phone conference, it was not intentioan and I meant no disrepect.

   I was sick with the flu and I just got back to Bridgeport from staying with my mother in Stamford on Wednesday of last week who insited on nursing me back to health.

1

I did get a letter and I sent a reply to Attorney Blake , I was that sick that I literralyy coulnd't see straight, that my phone was being turned off and you folk would hear a message that "This caller does not accept incoiming calls"

One again I apolize to you all and I did not maen or intend to casue any inconvience.

Sincerely,

Stanley Chance
Pro Se Plaintiff
99 Jetland Street
Bridgeport, CT. 06605
Stanleychance@yahoo.com