UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN—CIVIL DEPARTMENT

| | |
|---|---|
| STANLEY CHANCE,<br><br>      Plaintiff,<br><br>vs.<br><br>KEMCO, d/b/a Curtin Transportation Group;<br>KIM CURTIN; DANIEL OLLER; JUDITH<br>HOWARD; LINDA BOYD; CONNECTICUT<br>HEALTHCARE WORKERS' COMPENSATION<br>TRUST; GALLAGHER BASSET SERVICES,<br>INC.; LISA MOORE; ANGELIQUE CONROY;<br>DOROTHY CEDRONE; ST. VINCENT'S<br>IMMEDIATE CARE CENTER; and, GENERAL<br>MOTORS CORPORATION.<br><br>      Defendants. | Case No. 3:03-CV-441<br>Date: May 14, 2004<br>Judge Janet Hall |

## GENERAL MOTORS CORPORATION'S MOTION TO ADMIT LEZLIE OTT MAREK
### *PRO HAC VICE*

Pursuant to Local Rule 83.1(d) of the United States District Court for the District of Connecticut, defendant General Motors Corporation moves the Court for entry of an Order permitting attorney Lezlie Ott Marek of the law firm of Hanson, Marek, Bolkcom & Greene, Ltd., to appear in this case *pro hac vice*. As grounds for this motion, the defendant would show as follows:

(1) Lezlie Ott Marek, Esquire, is of counsel to defendant General Motors Corporation in the above captioned matter; and

(2) An Affidavit of Lezlie Ott Marek, Esquire, setting forth practice and licensing information is attached to this motion as Exhibit #1.

- 1 -

- 2 –

WHEREFORE, defendant General Motors Corporation respectfully requests that Lezlie Ott Marek, Esquire, be admitted to practice *pro hac vice* before this Honorable Court.

Dated: May 14, 2004.

Mark J. Claflin, Esq
ct06218
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT  06114-1190
Tel: 860-249-1361
Fax: 860-522-9549
E-mail:  mclaflin@hl-law.com

*-and-*

Kent B. Hanson (*pro hac vice* application pending)
Lezlie Ott Marek (*pro hac vice* application pending)
HANSON, MAREK, BOLKCOM & GREENE, LTD.
2200 Rand Tower
527 Marquette Avenue
Minneapolis, MN 55402
Tel: 612.342.2880
Fax: 612.677.3772


ATTORNEYS FOR DEFENDANT GENERAL MOTORS CORPORATION

## CERTIFICATION

   This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. mail, to the following counsel of record this 14th day of May, 2004.

Mr. Stanley Chance
99 Jetland Street
Bridgeport, CT 06605

Julie Blake, Esquire
Rome, McGuigan, Sabanosh, P.C.
1 State Street
Hartford, CT 06103

Andrew A. Cohen, Esquire
Letizia, Ambrose & Falls, P.C.
One Church Street
New Haven, CT 06510

Kent B. Hanson, Esquire
Lezlie Ott Marek, Esquire
Hanson, Marek, Bolkcom & Greene, Ltd.
2200 Rand Tower
527 Marquette Avenue
Minneapolis, MN  55402

            _____
            Mark J. Claflin