UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN—CIVIL DEPARTMENT

| | |
|---|---|
| STANLEY CHANCE,<br><br>    Plaintiff,<br><br>vs.<br><br>KEMCO, d/b/a Curtin Transportation Group;<br>KIM CURTIN; DANIEL OLLER; JUDITH<br>HOWARD; LINDA BOYD; CONNECTICUT<br>HEALTHCARE WORKERS' COMPENSATION<br>TRUST; GALLAGHER BASSET SERVICES,<br>INC.; LISA MOORE; ANGELIQUE CONROY;<br>DOROTHY CEDRONE; ST. VINCENT'S<br>IMMEDIATE CARE CENTER; and, GENERAL<br>MOTORS CORPORATION.<br><br>    Defendants. | Case No. 3:03-CV-441<br>Date: May 6, 2004<br>Judge Janet Hall |

## AFFIDAVIT OF LEZLIE OTT MAREK IN SUPPORT OF MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

STATE OF MINNESOTA    )
                             ) SS
COUNTY OF HENNEPIN    )

    I, Lezlie Ott Marek, declare as follows:

    1.    I am a shareholder with the law firm of Hanson Marek Bolkcom & Greene, Ltd., 527 Marquette Avenue, Suite 2200, Minneapolis, Minnesota 55402. My office telephone number is (612) 342-2880. My facsimile number is (612) 677-3772. My business e-mail address is lmarek@hmbglaw.com.

    2.    I am admitted to practice in the Supreme Court of Minnesota and the Supreme Court of Colorado. I am also admitted to practice in the United States District Courts for the

Districts of Minnesota and Colorado, and the United States Court of Appeals for the Eighth Circuit.

3.  I have not been disciplined or denied admission by this Court or any other court, and am in good standing in all of the bars of which I am a member.

4.  I have fully reviewed and am familiar with the Rules of The United States District Court for the District of Connecticut.

I declare that the foregoing is true and correct, and that this affidavit was made under the penalty of perjury in Minneapolis, Minnesota, on this 6th day of May 2004.

Respectfully submitted,

HANSON MAREK BOLKCOM & GREENE, LTD.

By _____
Lezlie Ott Marek
2200 Rand Tower
527 Marquette Avenue
Minneapolis, Minnesota  55402
Telephone: (612) 342-2880


Subscribed and sworn to before me, a Notary Public, for the above-mentioned state and county, this 6th day of May, 2004.



_____
Notary Public

-2-
F:\CASES\Chance v. GMC\Pleadings\phv.aff -- LOM.doc

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. mail, to the following counsel of record this 14th day of May, 2004.

Mr. Stanley Chance
99 Jetland Street
Bridgeport, CT 06605

Julie Blake, Esquire
Rome, McGuigan, Sabanosh, P.C.
1 State Street
Hartford, CT 06103

Andrew A. Cohen, Esquire
Letizia, Ambrose & Falls, P.C.
One Church Street
New Haven, CT 06510

Kent B. Hanson, Esquire
Lezlie Ott Marek, Esquire
Hanson, Marek, Bolkcom & Greene, Ltd.
2200 Rand Tower
527 Marquette Avenue
Minneapolis, MN  55402

                                                            _____
                                                            Mark J. Claflin