UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN—CIVIL DEPARTMENT

| | |
|---|---|
| STANLEY CHANCE,<br><br>      Plaintiff,<br><br>vs.<br><br>KEMCO, d/b/a Curtin Transportation Group; KIM CURTIN; DANIEL OLLER; JUDITH HOWARD; LINDA BOYD; CONNECTICUT HEALTHCARE WORKERS' COMPENSATION TRUST; GALLAGHER BASSET SERVICES, INC.; LISA MOORE; ANGELIQUE CONROY; DOROTHY CEDRONE; ST. VINCENT'S IMMEDIATE CARE CENTER; and, GENERAL MOTORS CORPORATION.<br><br>      Defendants. | Case No. 3:03-CV-441<br>Date: May 14, 2004<br>Judge Janet Hall |

## GENERAL MOTORS CORPORATION'S MOTION TO ADMIT KENT B. HANSON *PRO HAC VICE*

Pursuant to Local Rule 83.1(d) of the United States District Court for the District of Connecticut, defendant General Motors Corporation moves the Court for entry of an Order permitting attorney Kent B. Hanson of the law firm of Hanson, Marek, Bolkcom & Greene, Ltd., to appear in this case *pro hac vice*. As grounds for this motion, the defendant would show as follows:

(1)     Kent B. Hanson, Esquire, is of counsel to defendant General Motors Corporation in the above captioned matter; and

(2)     An Affidavit of Kent B. Hanson, Esquire, setting forth practice and licensing information is attached to this motion as Exhibit #1.

WHEREFORE, defendant General Motors Corporation respectfully requests that Kent B. Hanson, Esquire, be admitted to practice *pro hac vice* before this Honorable Court.

Dated: May 14, 2004.

                                                _____
Mark J. Claflin, Esq.
ct06218
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT  06114-1190
Tel: 860-249-1361
Fax: 860-522-9549
E-mail:  mclaflin@hl-law.com

*-and-*

Kent B. Hanson (*pro hac vice* application pending)
Lezlie Ott Marek (*pro hac vice* application pending)
HANSON, MAREK, BOLKCOM & GREENE, LTD.
2200 Rand Tower
527 Marquette Avenue
Minneapolis, MN 55402
Tel: 612.342.2880
Fax: 612.677.3772


ATTORNEYS FOR DEFENDANT GENERAL MOTORS CORPORATION

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. mail, to the following counsel of record this 14th day of May, 2004.

Mr. Stanley Chance
99 Jetland Street
Bridgeport, CT 06605

Julie Blake, Esquire
Rome, McGuigan, Sabanosh, P.C.
1 State Street
Hartford, CT 06103

Andrew A. Cohen, Esquire
Letizia, Ambrose & Falls, P.C.
One Church Street
New Haven, CT 06510

Kent B. Hanson, Esquire
Lezlie Ott Marek, Esquire
Hanson, Marek, Bolkcom & Greene, Ltd.
2200 Rand Tower
527 Marquette Avenue
Minneapolis, MN 55402

                                                 _____
                                                 Mark J. Claflin