UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STANLEY CHANCE : | |
|     Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3-03-cv-441 (JCH) |
| : | |
| KEMCO, ET AL : | MAY 26, 2004 |
|     Defendants : | |

## ORDER TO SHOW CAUSE

Plaintiff, Stanley Chance, is hereby ordered to show cause, in writing, on or before **JUNE 16, 2004,** why the Amended Complaint [Dkt. No. 22] should not be dismissed against Dorothy Cedrone, Angelique Conroy, Lisa Moore, Kim Curtin, Gallaher Basset Services, Inc, General Motors Corp, and St Vincents as frivolous under Section 1915 for, among other reasons, lack of jurisdiction.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 26th day of May, 2004.

                                                  /s/ Janet C. Hall
                                                Janet C. Hall
                                                United States District Judge