UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

STANLEY CHANCE

V

CT. HEALTCARE
WORKMANS COMPENSATION
TRUST

3:04CV441 (JCH)

FILED
2004 JUN -3 P 12:40
U.S. DISTRICT COURT
BRIDGEPORT CONN

JUNE 10, 001

## PLAINTIFFS MOTION FOR RECONSIDERATION

The plaintiff, Stanley Chance ask the Court to reconsider the dismissal of this action and reinstate this action as to CT Healthcare Workers Compensation Trust.

The defendant have been treating the plaintiff as if he is ignoramus and stupid, well the plaintiff is an epileptic with dyslexia and a host of emotional and mental problems so at the very least all the defendants are liable for discrimination against American with disability Act, which is cognizable in Federal Court.

RESPECTFULLY SUBMITTED
THE PLAINTIFF

*[signature]*

Stanley Chance, Pro Se,
94 Scotland Street
Bridgeport, CT. 06605

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on June 1, 2004 to

Andy Cohen
Cohen, Ambrose & Finn
1 Church Street
New Haven, CT 06510

*S. [signature]*