RECEIVED
JUL 16 2004

RECEIVED

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

2004 JUL 28 A 8:49

APPEARANCE

U.S. DISTRICT COURT
BRIDGEPORT, CONN

CASE NUMBER: 3:03-cv-441 (JCH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

GENERAL MOTORS CORPORATION

6/30/04
**Date**

ct 25965
**Connecticut Federal Bar Number**

(612) 342-2939
**Telephone Number**

(612) 677-3772
**Fax Number**

khanson@hmbglaw.com
**E-mail address**

*[Signature]*
**Signature**

KENT B. HANSON
**Print Clearly or Type Name**

527 Marquette Ave. - Suite 2300
**Address**

MINNEAPOLIS, MN 55402

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

JULIE BLAKE, ESQ.
ct 21990
ROME, McGUIGAN SABANOSH, P.C.
1 State Street
Hartford, CT 06103

STANLEY CHANCE
99 JETLAND STREET
BRIDGEPORT, CT 06605

ANDREW A. COHEN, ESQ.
ct 07124
LETIZIA, AMBROSE & FALLS, P.C.
One Church Street
New Haven, CT 06510

MARK J. CLAFLIN
ct 00218
HOWD & LUDORF
65 Wethersfield Ave.
Hartford, CT 06114

*[Signature]* Susan M. Nerheim
JUL 01 2004
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)