**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STANLEY CHANCE | : | |
|     Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-03-cv-441 (JCH) |
| | : | |
| KEMCO, ET AL | : | September 1, 2004 |
|     Defendants | : | |

**ORDER TO SHOW CAUSE**

Plaintiff, Stanley Chance, is hereby ordered to show cause, in writing, on or before **SEPTEMBER 24, 2004,** why the Amended Complaint [Dkt. No. 22] should not be dismissed against Danny Oller, Judith Howard, and Linda Vosd as frivolous under Section 1915 for, among other reasons, lack of jurisdiction.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 1st day of September, 2004.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge