UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

STANLEY CHANCE
        Plaintiff                                    3:03cv441JCH

v

KEMCO, KIM (KEM)CURTIN, DANNY OLLER,
LINDA VOSD, JUDITH HOWARD, GALLAHER
BASSET SERVICES, INC., LISA MOORE,
ANGELELIQUE CONROY, DOROTHY CEDRONE,
ST. VINCENT'S IMMEDIATE CARE CENTER,
GENERAL MOTORS CORPORATION
             Defendants

J U D G M E N T

    This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of defendants' Kemco and Kim(Kem)Curtin's motion to dismiss and the Court's Order to Show Cause why the complaint should not be dismissed against the remaining defendants.

    The Court has reviewed all of the papers filed in conjunction with the motion and on September 15, 2004, entered a Ruling granting the motion to dismiss, and no response to the Order to Show Cause having been filed by plaintiff, the remaining claims against the defendants are dismissed as frivolous.

    Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants, and the case is closed.

    Dated at Bridgeport, Connecticut, this 28th day of September, 2004.

KEVIN F. ROWE, Clerk

By _____

    Deputy Clerk

Entered on Docket _____